10 So.2d 871

**FOREMOST DAIRIES, Inc., v. Tom ANDREWS, Jr.**

4 Div. 270.

Supreme Court of Alabama.

Dec. 22, 1942.

Roy L. Smith, of Phenix City, for petitioner.

J. B. Hicks, of Phenix City, opposed.

PER CURIAM.

Petition of Foremost Dairies, Inc., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Foremost Dairies, Inc., v. Andrews, 30 Ala.App. 603, 10 So.2d 869.

Writ denied.

GARDNER, C. J., and BOULDIN, FOSTER, and LAWSON, JJ., concur.